NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**NLMK PENNSYLVANIA, LLC,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**UNITED STATES STEEL CORPORATION,**
*Movant-Appellant*

2022-1448

Appeal from the United States Court of International Trade in No. 1:21-cv-00507-CRK, Judge Claire R. Kelly.

**ON MOTION**

**O R D E R**

Upon consideration of United States Steel Corporation's unopposed motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

2                                    NLMK PENNSYLVANIA, LLC v. US

    (1)  The motion is granted.  The appeal is dismissed.

    (2)  Each side shall bear its own costs.

FOR THE COURT

January 27, 2023          /s/ Peter R. Marksteiner
    Date                  Peter R. Marksteiner
                           Clerk of Court

ISSUED AS A MANDATE:  January 27, 2023